# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| LESLIE SHAYNE MILLER-BASINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAGNOLIA HEALTH MANAGEMENT, LLC, )<br>)<br>Defendant. ) | Cause No. 2:16-cv-118-JMS-MJD |

## ORDER ON STIPULATION OF DISMISSAL

The Court, having received the Stipulation of Dismissal filed by the parties pursuant to Fed.R.Civ.P.41(a), and being duly advised in the premises, hereby ORDERS that all claims in this cause shall be dismissed, with prejudice, costs paid.

IT IS SO ORDERED this 29th day of September, 2016.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Anthony B. Ratliff
aratliff@dtblegal.com

Robert P. Kondras, Jr.
kondras@huntlawfirm.net

B32399hs